**Dismissed and Opinion Filed April 8, 2021**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-21-00040-CV**

**JASON PARKS, Appellant**
**V.**
**GEICO CASUALTY COMPANY, Appellee**

**On Appeal from the County Court at Law No. 6**
**Collin County, Texas**
**Trial Court Cause No. 006-00926-2020**

## MEMORANDUM OPINION

Before Justices Molberg, Goldstein, and Smith
Opinion by Justice Molberg

Appellant's brief in this case is overdue. By postcard dated March 11, 2021, we notified appellant the time for filing his brief had expired. We directed appellant to file a brief and an extension motion within ten days. We cautioned appellant that failure to file his brief by that time might result in the dismissal of this appeal without further notice. To date, appellant has not filed a brief, filed an extension motion, nor otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 38.8(a)(1); 42.3(b), (c).

210040f.p05

/Ken Molberg/
KEN MOLBERG
JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

JASON PARKS, Appellant

No. 05-21-00040-CV      V.

GEICO CASUALTY COMPANY, Appellee

On Appeal from the County Court at Law No. 6, Collin County, Texas Trial Court Cause No. 006-00926-2020.
Opinion delivered by Justice Molberg. Justices Goldstein and Smith participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

It is **ORDERED** that appellee GEICO CASUALTY COMPANY recover its costs of this appeal from appellant JASON PARKS.

Judgment entered this 8th day of April, 2021.